# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS V. DECINCES<br><br>Defendant. | Case No.  SACR 12-00269-AG-1<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

## ORDER

Pursuant to 18 U.S.C. § 3583(e)(1), for the reasons set forth in the Stipulation for Early Termination of Supervised Release, the Court finds that, defendant Doug DeCinces has completed over one year of supervised release, and that early termination of is warranted by the conduct of the Mr. DeCinces and the interest of justice.

IT IS SO ORDERED.

Dated: September 23, 2020

Philip S. Guitierrez
Chief United States District Judge